## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GERALD W. CORDER,**

    **Plaintiff,**

**v.**

**ANTERO RESOURCES CORPORATION,**
**a Delaware corporation,**

    **Defendant.**

**Civil Action No. 1:18-CV-30**
**Hon. Judge Irene M. Keeley**

c/w 1:18CV31, 1:18CV32, 1:18CV33, 1:18CV34, 1:18CV35, 1:18CV36, 1:18CV37, 1:18CV38, 1:18CV39, 11:CV40 for purposes of discovery and setting schedule

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2020, I electronically filed this Certificate of Service for the foregoing ***"Notice of Deposition of Janet C. Packard"*** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

Marvin W. Masters, Esquire
April D. Ferrebee, Esquire
The Masters Law Firm, LC
181 Summers Street
Charleston, WV 25301

I further certify that I served the foregoing ***"Notice of Deposition of Janet C. Packard"*** to the same counsel of record listed above by depositing true copies thereof in the United States mail, postage prepaid.

/s/ *Amy M. Smith*
W. Henry Lawrence (WV Bar #2156)
hank.lawrence@steptoe-johnson.com
Amy M. Smith (WV Bar #6454)
amy.smith@steptoe-johnson.com
Shaina D. Massie (WV Bar #13018)
shaina.massie@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330
(304) 933-8000

*Counsel for Antero Resources Corporation*

10706455