```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


     * * * * * * * * * * * * * * * * * * * * * *

     GERALD W. CORDER,

                Plaintiff,

     vs.                              CIVIL ACTION
                                      NO. 1:18-00030
     ANTERO RESOURCES CORPORATION,

                Defendant.            NOs. 1:18-00031-40
                                           for purposes of
                                      discovery and scheduling

     * * * * * * * * * * * * * * * * * * * * * *




             Videotaped and videoconference
     deposition of KRIS TERRY taken by the
     Plaintiff under the Federal Rules of Civil
     Procedure in the above-entitled action,
     pursuant to notice, before Teresa S. Evans, a
     Registered Merit Reporter, all parties located
     remotely, on the 18th day of December, 2020.




                REALTIME REPORTERS, LLC
             TERESA S. EVANS, RMR, CRR
                  713 Lee Street
               Charleston, WV  25301
                  (304) 344-8463
               realtimereporters.net
```

**EXHIBIT D**

1　　　A.　"Okay, great."
2　　　Q.　All right.  So the -- tell me what --
3　what your -- what opinion, if any, you're
4　going to offer with respect to these two
5　documents that you were referring to, the more
6　complex map.
7　　　A.　So if you're -- okay.  So if you look
8　at my report, the part of my report that
9　relates to this begins at the -- on page 10,
10　and particularly beginning in Paragraphs 36
11　and on through 43.
12　　　　　　So what I'm describing in those
13　paragraphs is this field configuration where
14　you have gas that is sometimes processed and
15　sometimes not processed, and that the wells in
16　which these plaintiffs happen to own the
17　interests fall within that area.
18　　　　　　So it's -- the gas is not
19　particularly high in entrained liquefiable
20　hydrocarbons.  It's mostly methane and ethane,
21　and it does not have to be processed
22　necessarily.  So Antero can make decisions
23　about whether it wants to process or not
24　process that gas, and it has the ability in

| GERALD W. CORDER v. | KRIS TERRY |
|---|---|
| ANTERO RESOURCES CORPORATION | 12/18/2020 |

1  the field to physically flow that gas two
2  different directions.
3              And that's what Exhibit E shows.
4       Q.  Okay.  So your opinion is -- that
5  you're going to offer is simply they have the
6  right to do that, or that they are doing --
7  that they in fact did it?
8       A.  Well, both.  That they -- they can
9  market the gas in the way that they find to be
10 most prudent, and that they did in fact do
11 that.
12      Q.  So when you say they did that, I mean,
13 are you going to testify as a fact witness
14 that they did that, or are you going to
15 testify that based on information that's
16 provided to you, they did that?
17      A.  Well, I -- I mean, I was -- because of
18 some other work -- I have to explain.  I had
19 already -- I was already aware of this area,
20 and I -- and I've already known that this
21 Greenbrier area where these wells are located
22 is an area where gas is sometimes processed
23 and sometimes not processed.
24              So when we began talking about