```
 1            IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
 2

 3
    * * * * * * * * * * * * * * * * * * * * * *
 4
    GERALD W. CORDER,
 5
            Plaintiff,
 6
    vs.                              CIVIL ACTION
 7                                   NO. 1:18-00030
    ANTERO RESOURCES CORPORATION,
 8
            Defendant.     NOs. 1:18-00031-40
 9                                  for purposes of
                              discovery and scheduling
10
    * * * * * * * * * * * * * * * * * * * * * *
11

12

13         Videotaped and videoconference 30(b)(6)
    deposition of Antero through witness ALVYN SCHOPP
14  taken by the Plaintiff under the Federal Rules of
    Civil Procedure in the above-entitled action,
15  pursuant to notice, before Teresa S. Evans, a
    Registered Merit Reporter, all parties located
16  remotely, on the 18th day of December, 2020.

17

18

19
                REALTIME REPORTERS, LLC
20           TERESA S. EVANS, RMR, CRR
                   713 Lee Street
21             Charleston, WV  25301
                   (304) 344-8463
22              realtimereporters.net

23

24
```

**EXHIBIT B**

| GERALD W. CORDER v. | ALVYN SCHOPP |
|---|---|
| ANTERO RESOURCES CORPORATION | 12/18/2020 |

```
 1        A.   Yeah, that should be -- I guess one -- the
 2   -- those would be unique to Janet Corder Packard.
 3        Q.   Okay.  So the property number --
 4        A.   Those are going to be unique to the well.
 5        Q.   Property Header Code.
 6        A.   That's going to be unique to the well.
 7        Q.   Okay.  There's the well name, and then the
 8   account date, we talked about that before.  The
 9   production date, we talked about that before.
10        A.   Yes.
11        Q.   Corporation, that's you, that's Antero.
12        A.   Yes, those are Antero numbers.
13        Q.   And then 400 is Antero number, right?
14        A.   That's -- that's our internal company code
15   in the system.
16        Q.   And then Deduction, COM3?
17        A.   Which is the description -- it's a
18   deduction for Compression 3.
19        Q.   Well, tell me what Compression 3 is, since
20   we --
21        A.   Compression 3 is the compressors that sit
22   at the Sherwood station -- at Sherwood.
23        Q.   Okay.  If you go down the next Deduction
24   Description, you have Compression 3, and then you
```