Schopp, Alvyn
January 23, 2020

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GERALD W. CORDER,

       Plaintiff,

v.         Case No. 1:18-00030

ANTERO RESOURCES CORPORATION,

       Defendant.

VIDEO DEPOSITION OF ALVYN A. SCHOPP

Thursday, January 23, 2020

1:43 p.m.

Steptoe & Johnson

400 White Oaks Boulevard

Bridgeport, West Virginia

Shelia Miller, Certified Court Reporter
sheliamllr@msn.com

**EXHIBIT C**

Page 20

1   operating expenses in our contract we agreed to pay for.

2   They are on there, but there is no -- any margin or

3   profit that MarkWest makes is embedded in the fee.

4       Q       There are some documents that Hank has

5   produced to us and maybe that will help a little bit in

6   understanding the bills and how you accounted, but let me

7   ask the question this way.

8               Does Antero break out in terms of what it

9   is going to charge off to the lessor specific costs that

10  is incurred by MarkWest?

11      A       No.

12      Q       So in terms of if Antero is going to pay a

13  lessor for a particular NGL product, is it fair to say

14  that the MarkWest bill in its entirety is taken off of

15  whatever that NGL sold for?

16      A       No.  I would say no.  I think I understood

17  the question is that are any of those costs netted

18  against the original NGL sales price and the answer is

19  no.

20              We show the NGL gross price, and we show a

21  deduction of which here are the dollars and the items

22  that make up our processing fee, and MarkWest would be

23  one of those bills.  Then that is shown separately on the

24  leasehold statement.

Schopp, Alvyn
January 23, 2020

Page 21

1    Q    How would that be designated?

2    A    PRC-2.

3    Q    Is PRC-2 a number of things?

4    A    Yes.

5    Q    Can you identify what would be incorporated

6    into PRC-2?

7    A    I think I know the majority of it, but

8    there might be some little ones that are in there, but

9    basically it would be predominantly the MarkWest

10   processing fees and the processing charges associated

11   with processing the gas.

12        It would include the fractionation fees of

13   MarkWest, and it would include some fees from energy

14   transfer Mariner East.

15        Those are variable.  Sometimes there's

16   those fees and sometimes there's not, which actually they

17   transport to sell the NGL's, some of the NGL's.

18        So I think if you took those three sets,

19   you would get 95 percent because those are fairly

20   substantial costs.

21        There's some other little ones in there.  I

22   haven't looked at that statement in a while, but there is

23   a breakout that shows exactly what those are and how they

24   are allocated.

Schopp, Alvyn
January 23, 2020

Page 22

1    Q        When you say there is a breakout, that

2    breakout is internal to maybe MarkWest and Antero, but

3    certainly Antero?

4    A        Yeah, because they are not all from

5    MarkWest, so MarkWest wouldn't even see them all because

6    there's other people in there besides MarkWest, but there

7    is a list every month that says here is exactly what each

8    of those bills are and what that total is.

9    Q        So besides MarkWest, you may not be able to

10   recall all of the specific companies the charges would

11   have come from, but can you give me some of them?

12   A        Energy Transfer is one that I would say

13   would be the largest one, outside of MarkWest.

14   Q        Energy Transfer would be?

15   A        They are an NGL company out of Houston.

16   They have what they call their Mariner East Complex, and

17   that Mariner East runs liquid pipelines.  So that would

18   be the one that I am thinking of.

19   Q        The pipeline would run from where to where

20   in West Virginia?

21   A        It would leave the fractionation plant that

22   cracks them into separate products in Houston,

23   Pennsylvania.  Basically, that pipeline runs from

24   Houston, Pennsylvania, to Marcus Hook, Philadelphia, to

Schopp, Alvyn
January 23, 2020

Page 23

1   an LNG plant that then puts them on a boat to Europe,

2   Asia, wherever those specific products might go.

3       Q       Where specifically geographically is the

4   plant or plants that MarkWest -- that processes the gas

5   to fractionate isobutane and butane?

6       A       I would say the process, to use that term,

7   is the Sherwood facility, which is here in Doddridge

8   County off of Route 50 near the Sherwood exit.  It is

9   just past Salem on 50 going west.

10          It is in Doddridge County, the Sherwood

11  plant.  That is where our raw gas goes, and they

12  basically take that, and then there is a pipeline that

13  the liquids then are still combined, and they go in a

14  pipeline then to Houston, Pennsylvania, which is kind of

15  eastern southwestern Pennsylvania.  That is where the

16  fractionators are that crack it into separate individual

17  products.

18      Q       Who owns the line that takes it from the

19  Sherwood plant to Pennsylvania?

20      A       MarkWest.

21      Q       So those charges would be included in PRC-2

22  probably?  Do you know?

23      A       My recollection is they are included in the

24  processing fee.  There might be a small NGL line fee, but

Shelia Miller, Certified Court Reporter
sheliamllr@msn.com

Schopp, Alvyn
January 23, 2020

Page 24

1    if it is, yes, it would be in that PRC-2.

2        Q       So does the Sherwood plant, for the most

3    part, process the gas to satisfy putting it into the

4    transportation line, interstate transportation line for

5    natural gas, as well as -- well, there has to be a second

6    plant, but does it do anything besides process the gas to

7    make it acceptable to be sold or transported on

8    interstate lines?

9        A       Basically, you could get three products out

10   of the plant.  You could get ethane separately.  You get

11   Y grade NGL, which goes to Houston, PA, and then you get

12   residue gas that we would ship across our pipes to sell

13   to different markets.

14       Q       When you say you transmitted on your lines,

15   that is the natural gas?

16       A       Antero Resources Corp, there's residue

17   lines that connect to different header systems so we can

18   divert the gas across other third-party lines to get that

19   gas to where we would want to at market.

20               So there is a system of pipes behind the

21   plant that are still owned by MarkWest that basically get

22   separate headers that we can then connect.

23               I think Antero might even own one small

24   line that goes to another inner junction with an

Schopp, Alvyn
January 23, 2020

Page 85

1   Q      What is this then?  I am glad I asked.

2   A      So this is really the sheet that determines

3   whether or not if someone has a market enhancement

4   clause, as to whether it is appropriate to give them a

5   transportation TRN-3 charge.

6   Q      When you say a market enhancement

7   transportation charge, can you describe what that is?

8   A      Yes, sir.

9   Q      In Antero's terms.

10  A      Antero's term is, if it is appropriate in

11  the lease for a market enhancement, there may be what we

12  would call TRN-3.

13          To sell something in Chicago, let's use

14  Chicago, we incur a significant amount of cost to get to

15  Chicago.  So if I paid 50 cents to get to Chicago, I sell

16  the Chicago at Chicago sales price.

17          The way we determine this is we basically

18  say, if you have a market enhancement clause, in other

19  words, if I can get you a better price, you are going to

20  partner with me on some of those costs to go get you a

21  better price is kind of the way we look at it.

22          So there is the local market, and that

23  local market at this point, it was all of the -- it is

24  what could we get at TCO pool, what could we get TETCO M-

Schopp, Alvyn
January 23, 2020

Page 86

1   2, what could we get for Dominion South, what was that

2   local price.

3          Basically, we compare that to the WASP,

4   right?  So we did significantly better than where we

5   would have sold that at a local price and so then there

6   was a six-cent differential.

7          What did it cost us to get that Chicago

8   price at 2.50; well, it cost me 22 cents, right?  So we

9   don't charge that to people who have market enhancement.

10  We only charge the difference that they got the benefit

11  for.

12         So if the price would have been a dollar

13  higher, they would have got charged the whole 22 cents,

14  not the 6, because they would have gotten 100 percent of

15  the benefit for that.  So this would be calculating if

16  TRN-3 is appropriate, what would TRN-3 be for them.

17     Q      I take it this is something that is

18  routinely done?

19     A      It is a regular part of our monthly

20  process.  Many times, it is zero.  It is month-to-month.

21  If the indexes are narrow, then there is really --

22  Chicago price is pretty close to our local price, so

23  there is no market enhancement by taking it to Chicago.

24     Q      The thing that I am not totally clear on is

Schopp, Alvyn
January 23, 2020

Page 87

1  what lease would this apply to, what type of lease.

2    A     What we would call market enhancement

3  lease.  It has market enhancement language.

4    Q     In other words, it would specifically say

5  in there that if we enhance the value of the sale price

6  by some definition, --

7    A     Yes.

8    Q     -- that we are allowed to charge you, --

9    A     Yes.

10   Q     -- and it goes into this detail in that

11 lease that you are talking about here?

12   A     Well, this is done without regard to lease,

13 and then when we do that lease analysis as to what

14 charges they get, it is flagged for that lease as to

15 whether or not if there is a TRN-3 charge deemed

16 appropriate that month, does this lease get it or not.

17         That is done on a lease-by-lease basis.  So

18 even though it is here, if every lease didn't get one,

19 then nothing would be charged.

20             (WHEREUPON, a recess was

21             taken, after which the following

22             proceedings were had.)

23             (WHEREUPON, a document was

24             marked for purposes of identification

Page 126

1 a tab, I believe, on overall large allocation

2 spreadsheets with multiple tabs.

3          This is one of the tabs where we are

4 recording the net activity from all of this process into

5 our general ledger for our financial statements.

6          So basically, what we have is we have, if

7 you see the GL accounts down, Enertia is our accounting

8 system. The GL accounts are down the left.

9          The descriptions for them and debit or

10 credit, they put them in the spreadsheet, and what they

11 have the ability then to do is upload these journal

12 entries into our accounting system to account for the

13 monthly sales.

14    Q      One of the things I wanted to ask you, the

15 volume that the lessors are paid for, is that the total

16 volume coming out of the well?

17    A      It is wellhead volume, yes.

18    Q      So the fuel loss and unaccounted for gas

19 would have nothing to do with what a lessor would get

20 paid; is that correct?

21    A      That is correct. We add fuel back to our

22 gross numbers to make sure it is gross wellhead.

23    Q      When you say fuel, that would be fuel and

24 lost and unaccounted for?

Page 127

1    A      Yes, sir.

2               (WHEREUPON, a document was

3               marked for purposes of identification

4               as Deposition Exhibit No. 15, a copy

5               of which is attached hereto and made

6               a part hereof.)

7    BY MR. MASTERS:

8    Q      I am showing you Exhibit 15.  Can you tell

9    me what 15 is?

10   A      This looks like just another look at the

11   summary for November 27, Team WASP.  It shows total

12   MMBTU, total price received from that pipeline, and total

13   dollars with the appropriate reconciling items.

14   Q      Now, they have volume MCF Marcellus,

15   55,487,152, and then it has got the MMBTU's and the

16   wellhead average prices, correct, loss price?

17   A      Yes.

18   Q      Then it has got the Dominion and Columbia,

19   et cetera?

20   A      My guess is that is what the indexes were

21   that month.

22               (WHEREUPON, a document was

23               marked for purposes of identification

24               as Deposition Exhibit No. 16, a copy

Schopp, Alvyn
January 23, 2020

1      A      That would have been the amount of receipt

2   residue gas that was allocated to this well, both in MCF

3   and MMBTU.  D-T-H is decatherm, another way of saying

4   MMBTU.

5      Q      That is FL&U.  I understand that.

6      A      Wellhead, yes.

7      Q      Gross sales, and I assume the 2.49 paid

8   whatever is the loss?

9      A      Yes, sir.

10     Q      Fuel value, F-U-L, what is that?

11     A      If you notice, the first wellhead fuel and

12  unaccounted for was in decatherm.  So what is the value

13  of that fuel is the 2.49 WASP times the decatherm of

14  fuel.  So the fuel value dollars was 4,282.

15     Q      Pool transport, that $2.8 million, I assume

16  is for the whole?

17     A      That is for transport.

18     Q      Of the whole thing?

19     A      For transport out of the local pool.

20     Q      Then T-R-N is what?

21     A      That is transport that is to the local

22  pools.

23     Q      To local pools?

24     A      Yes, sir.  When we talk about TRN-3 for

Page 148

1   market enhancement, --

2       Q       Yes.

3       A       -- we don't include any of that, so we

4   compare that market enhancements for did we get a better

5   price because we took it somewhere far away, Chicago.

6               We would include those transportation costs

7   in our TRN-3 calculation, but to get it to TCO, Dominion

8   South and local pools, that is the transport to do that

9   that we don't include in our TRN-3 calculation.

10      Q       So that would be TRN pool transport.  TRN

11  is including --

12      A       That is transportation to get to the local

13  pricing.

14      Q       Pool transport TRN-3 --

15      A       Is from the local pools to LA, Chicago,

16  Michigan, far away places.

17      Q       Then you have low pressure gathering.  You

18  talked about that.  High pressure gathering; you talked

19  about that.

20      A       Correct.  Those are when I said are they

21  AM.  So in other words, you notice at gathering three,

22  they are all gathering three because they are Antero

23  gathering fees.  Five sixty-eight is the total page.

24      Q       If you look on page 568 at the Enertia tie-

Schopp, Alvyn
January 23, 2020

Page 162

1    could be subject to, if it is applicable in that month,

2    they could be subject to a TRN-3 charge.

3            So partition leases, Nicholson leases, that

4    is how they are currently being accounted for in the

5    system. So now we have the three big leases, which was

6    the Gerald Corder lease, the Randall Corder lease and the

7    Roger Corder lease, Roger Corder being the biggest lease.

8            His lease was different, had different

9    lease language than the Gerald Corder and Roger Corder

10   lease. So at the time of when we were doing that,

11   basically, his lease was recorded such that he is getting

12   potentially -- no, he doesn't get any TRN-3, and he would

13   get the royalty of the higher of, if shrink was higher

14   than net NGL value, he would get a percentage of that.

15           If NGL net value was higher, he got a

16   royalty percentage based on gross NGL's on the Roger

17   Corder lease. All right, so that took care of what --

18   that would be the way the Roger Corder lease was recorded

19   at the time of the settlement, and then I believe there

20   was an internal reallocation between the family that some

21   of the people came into the Roger Corder lease, some

22   brothers and sisters.

23           All of those people that came into the

24   post-settlement and came in after that allocation, all of

Schopp, Alvyn
January 23, 2020

Page 163

1   their royalties are treated exactly like I said Roger's

2   were, okay?

3       Q       Which were?  I'm sorry.

4       A       Roger's lease was the one that said no TRN-

5   3 and that the way his royalty is being calculated is, if

6   shrink for that well was the highest, he got a percentage

7   of shrink; if net NGL value is higher, he got a

8   percentage of gross NGL's.

9               There was no PRC-2 either on his lease.  He

10  would not see any PRC-2 on the Roger Corder lease.  When

11  the brothers and the sisters were brought into that lease

12  as a percentage, that is the way, no PRC-2, no TRN-3.  So

13  that lease has always been recorded that way.

14              If we go to the Roger Corder lease -- no,

15  the Randall Corder lease and the Gerald Corder lease,

16  pretty much together, they make about the same lease

17  acreage as Roger's.

18              When we did the settlement, we agreed to

19  treat those two leases in the settlement statement, not

20  based on the lease language, to treat it like we had been

21  treating Roger Corder's lease.

22              The leases certainly did not dictate that,

23  and so as part of them signing that settlement statement,

24  we now treat -- this is where it gets -- if I can get it