IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GERALD M. CORDER, *et vir*,

        Plaintiff,

v.

                                          Civil Action No. 1:18-cv-30
                                          Honorable Irene M. Keeley
                                          Lead Case

ANTERO RESOURCES CORPORATION,

        Defendant.

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

        Plaintiffs, by counsel, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, respectfully move this Court to enter an Order granting Summary Judgment against Defendant Antero Resources Corporation and finding that the plain language of the previous Settlement Agreement entered into between certain Plaintiffs and Defendant and the "Market Enhancement (Gross Proceeds) Clause" attached to the Settlement Agreement as part of Exhibit D to the Agreement, with the heading "Exhibit A," prohibit Defendants from taking costs and deductions from Plaintiffs' natural gas and "other products" including, but not limited to natural gas liquids. As set forth in the "Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment," there are no genuine issues of material fact relevant to these issues and Plaintiffs are entitled to summary judgment as a matter of law.

                                          **GERALD W. CORDER, et al.,**

                                          **By Counsel**

**EXHIBIT C**

*/s/ Marvin W. Masters*
Marvin W. Masters (WV Bar No. 2359)
April D. Ferrebee (WV Bar No. 8034)
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
(304)342-3106
Counsel for Plaintiffs

F:\5\1025\MO050.docx