Corder v. Antero

EXHIBIT 4

1082    656

AGREEMENT, made and entered into the _29th_ day of _June_ 19_79_ by and between _James, Coplin and Grant T Corder, husband_ _Maggie V Corder, Widow_ of _____ P.O.

County of _Harrison_ and State of _West Va_, part LES _____ of the first part, hereinafter called Lessors, whether one or more, and _Lawrence N. Mitchelman?_ party of the second part, hereinafter called Lessee.

WITNESSETH, that the said Lessors for and in consideration of the sum of _One_ Dollar in hand and well and truly paid by said Lessee, the receipt of which is hereby acknowledged, and of the covenants and agreements hereinafter contained on the part of the said Lessee, to be paid, kept and performed, have granted, demised, leased and let and by these presents do grant, demise, lease and let with covenants of quiet possession, and that they have the sole right so to grant and demise, unto the said Lessee, its successors and assigns, for the purpose of mining and operating for oil and gas, and of building tanks, stations, power plants, water stations and structures thereon to take care of the said products, and of laying pipe lines on, over and across the leased premises and other lands of Lessors, for the purpose of conveying oil, gas, steam or water therein from and to wells and pipe lines on the premises and on adjoining and adjacent farms, and rights of way for road ways over this and other land of Lessors.

All that certain tract of land situated in _Union_ District _Harrison_ County and State of _West Va_ on the waters of _Sunflower Forks_ bounded as follows:
On the North by lands of _Waitman L. Day and J. B. Day_
On the East by lands of _T. N Orchard and Anne Matthey_
On the South by lands of _William N. Ward, heirs_
On the West by lands of _J. M. Bailey_
Containing _Fifty four and eighteen hundredth 54+18_ acres, more or less, being land purchased from _John L Corder_ by deed dated _3/17/1919_ recorded Deed Book _217_ page _78_ Lessee, however, therefrom all lands within two hundred feet of the term of _one_ years from this date and as long thereafter as oil or gas, or either of them, is produced from the said lands by the said Lessee, its successors and assigns.
_ONE YEAR._
It is agreed that this lease shall remain in force for the term of ____
In Consideration of the Premises the said party of the second part, covenants and agrees: 1st—to deliver to the credit of the Lessor, their heirs or assigns, free of cost, in the pipe line to which Lessee may connect its wells, _This_ the equal one-eighth (⅛) part of all oil produced and saved from the leased premises; and second, to pay

one-eighth (⅛) of the value at the well of the gas from each and every gas well drilled on said premises, the product from which is marketed and used off the premises, said gas to be measured at a meter set on the farm.

The Lessee shall not be required in any event to increase the rate of said gas well payments or said royalty of oil by reason of any royalty or interest in said oil or gas that may have been heretofore sold, reserved or conveyed by Lessors or their predecessor in title or otherwise. And any such outstanding royalty or interest shall first be deducted from the royalties and rentals above provided to be paid or delivered.

It is agreed by the parties hereto that the Lessee, its successors or assigns, shall have the right to use off the farm for such purposes as it may desire, "Casing Head Gas," (being gas produced from wells on the premises), but if said "casing head gas" or any part thereof should be manufactured into gasoline or other by-products by said company, said Lessors shall receive one-eighth of the net value at the factory of the gasoline and other by-products so manufactured.

The Lessors may lay a line to any gas well drilled on said land and take gas therefrom free for their own use for heat and light in one dwelling house on said land, out of any surplus gas over and above what Lessee, its successors and assigns, may require to operate the farm and subject to the use, operation, pumping and right of abandonment of the well by Lessee, its successors and assigns; lessors are to provide and use economical appliances, and to use said gas at their own risk, subject to the reasonable rules and regulations of said Lessee, its successors and assigns, published at such time relating to such use of gas.

Lessee covenants and agrees to locate all wells so as to interfere as little as possible with the cultivated portion of the farm. And it is agreed that the leased premises may be fully and freely used by the Lessors for farming purposes, excepting such parts as are used by the Lessee in operating thereunder, and, further, that the said Lessee may drill or not drill on said land, as it may elect, and that the compensation and rentals paid and to be paid constitute adequate compensation for such privilege.

The said Lessee covenant and agrees to pay rental at the rate of _One dollar per acre per year_ _Twenty seven dollars_ ($ _27.00_) Dollars, quarterly in advance, beginning it _When land_ _is not being drilled_ months from this date, until, but not after, a well yielding royalty to the Lessors in drilled on the leased premises, and any rental paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same and all rentals shall cease after the surrender of this lease as hereinafter provided for. All payments for delay, for gas produced and marketed, for gasoline and other by-products may be made direct to the lessors or be deposited to their credit, or to the credit of their heirs or assigns in the

Bank of _____ or by check mailed to _Mr. Grant T Corder_ _Box 146 Bristol, W.Va. Rt. 2_   _P.O 26-332_   County
State _____ If such payments may be also made to the lessors to receive the same _____

(remaining handwritten text illegible)

It is agreed that the Lessee to have the privilege of using sufficient water and gas from the said premise to run all machinery necessary for drilling and operating thereon at any time to remove all machinery and fixtures placed on said premises; and further, upon the payment of one ($1.00) Dollar at any time, by the party of the second part, or by its successors and assigns it or they shall have the right to surrender this lease for cancellation, after which all payments and liabilities thereafter to accrue under and by virtue of its terms

Corder v. Antero

Corder v. Antero

the right to surrender this lease for cancellation, after which all payments and liabilities thereafter to accrue under and by virtue of its terms shall cease and determine, and this lease becomes absolutely null and void.

Lessors agree that the recordation of a deed of surrender in the proper county, and the mailing in the postoffice of a check, payable as above provided, for said last mentioned sum and all amounts then due hereunder, shall be a full surrender and termination of this lease.

All provisions of this lease shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

In Witness Whereof, the parties of this agreement have hereunto set their hand and seals the day and year first, above written.

Witness:

_____  _____ _Amos I. Corder_ (Seal)
_____  _____ _Pearl T. Corder_ (Seal)
_____  _____ _Maggie V. Corder_ (Seal)
_____  _____ (Seal)
_____  _____ (Seal)
_____  _____ (Seal)

1082     657

State of West Virginia, County of _Harrison_ _____ to-wit:

... _Harrison_ ... do certify that _Amos I. Corder_ and _Pearl T. Corder_

his wife, whose name S are signed to the writing above bearing date the _29th_ day of _June_ A. D. 19_79_ have this day acknowledged the same before me in my said county.

Given under my hand this _29th_ day of _June_ A. D. 19_79_

Notary Public. _Harrison_ County, W. Va.
My Commission expires _May 21, 1979_

State of West Virginia, County of _Harrison_ _____ to-wit:

... _Harrison_ ... do certify that _Maggie V. Corder_ widow

whose name is signed to the writing above bearing date the _29th_ day of _June_ A. D. 19_79_ has this day acknowledged the same before me in my said county.

Given under my hand this _29th_ day of _June_ A. D. 19_79_

Notary Public. _Harrison_ County, W. Va.
My Commission expires _May 21, 1984_

State of West Virginia, County of _____ to-wit:

I, _____ of said County of _____ do certify that _____ and _____

his wife, whose name _____ signed to the writing above bearing date the _____ A. D. 19__ ha__ this day acknowledged the same before me in my said county.

A. D. 19__

Corder v. Antero

Corder v. Antero

in my said county.

Given under my hand this _____ Aug. 7 _____ day of _____ A. D. 19 _____

_____

Notary Public _____ County, W. Va.

My Commission expires _____

For and in consideration of the sum of One Dollar

This instrument was presented to the Clerk
of the County Commission of Harrison County
West Virginia, on and the same is admitted    8-22-79
to record.

Teste _____    CLERK

Harrison County Commission

Corder v. Antero